IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:07cr247**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TABETHA GOFORTH. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal [Doc.14], and it appears to the Court that there is good cause to grant such Motion on the grounds as stated in the Motion.

**IT IS THEREFORE ORDERED** that the Motion to Seal is **GRANTED** and the Clerk is hereby directed to seal the Defendant's Motion and Memorandum in Support for Review of Detention Order [Doc. 13].

Signed: February 21, 2008

Martin Reidinger
United States District Judge